**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALAN WAYNE DAVIS,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:06-cv-1264-Orl-19JGG**

**DWAYNE KVALHEIM, et al,**

        **Defendants.**

_____

## ORDER

On January 29, 2007, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute (Doc. 14). On February 7, 2007, Plaintiff filed a document (Doc. 15) which purports to respond to the show cause order. Plaintiff's response, however, is essentially unintelligible and utterly fails to show cause why he has not served Defendants within the 120 days provided by Fed. R. Civ. p. 4(m). Accordingly, it is

**ORDERED** that Plaintiff shall serve lawful process on Defendants on or before March 23, 2007. Failure to do so will result in dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2007.

                                                                         GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party