# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALAN WAYNE DAVIS,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:06-cv-1264-Orl-31JGG**

**DWAYNE KVALHEIM, et al,**

        **Defendants.**

_____

# ORDER

This matter comes before the Court on the Second Amended Complaint (Doc. 22) filed on March 27, 2007.  This case was dismissed on March 27, 2007, and the Plaintiff has filed the same pleading in a new case, Case No. 6:07-cv-566-Orl-31KRS.  In consideration of the foregoing, the Second Amended Complaint is **DISMISSED** and all pending motions are **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 5, 2007.

                                                  GREGORY A. PRESNELL
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party